IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: }
}
GILBERT AMIS } CASE NO. 19-52969
}
}
DEBTOR(S) } CHAPTER 7

**APPLICATION FOR APPROVAL OF EMPLOYMENT
OF LAURA JACAMAN, JOYCE KLEIN REALTORS,
<u>REAL ESTATE BROKER</u>**

TO THE HONORABLE RONALD B. KING CHIEF UNITED STATES BANKRUPTCY JUDGE:

Johnny W. Thomas, the Trustee in this case, respectfully shows to the Court as follows:

I.

The Debtors filed this case as a Chapter 7 petition in bankruptcy on August 16, 2019. Applicant is the Chapter 7 Trustee.

II.

Among the property of the estate is the following:

    Real Property - 607 Park Point, San Antonio, Bexar County, Texas 78253

III.

It is necessary in the administration of this estate that this property be sold and reduced to cash. The Trustee desires to employ LAURA JACAMAN, **JOYCE KLEIN REALTORS**, 4416 Ramsgate, San Antonio, TX 78230, to sell the property. The Trustee proposes to pay a six percent (6%) broker's commission out of the sales proceeds. In the opinion of the Trustee, the proposed commission is the usual and customary broker's commission in Bexar County, Texas. LAURA JACAMAN, **JOYCE KLEIN REALTORS** is a qualified, licensed real estate broker and is competent to make the proposed sale. To the best of the Trustee's knowledge, LAURA JACAMAN, **JOYCE KLEIN REALTORS** has no connection with any party in interest or their attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee, and has no interest adverse to the estate that would disqualify him from employment, and is a disinterested person within the meaning of 11 U.S.C. section 327(a).

IV.

The Trustee has selected LAURA JACAMAN, **JOYCE KLEIN REALTORS** because he/she is a licensed real estate broker and has no hesitation in attempting to sell property which constitutes part of a bankruptcy estate. The services to be rendered by LAURA JACAMAN, **JOYCE KLEIN REALTORS** include the

listing of the property for sale, attempting to sell, and the sale of the real estate described above.

V.

The Trustee has not employed or sought authority from the Court to employ any professional in the same profession as LAURA JACAMAN, **JOYCE KLEIN REALTORS**.

VI.

The Trustee has not given any compensation or promised any compensation to LAURA JACAMAN, **JOYCE KLEIN REALTORS** and has not given any security or pledge to that broker.

WHEREFORE, the Trustee prays that the employment of the above named real estate broker be approved by the Court.

Respectfully submitted,
Johnny W. Thomas
Chapter 7 Trustee
1149 E. Commerce Street, Ste.104
St. Paul Square
San Antonio, TX 78205
(210) 226-5888 Fax: (210) 226-6085

By: /s/ _____
JOHNNY W. THOMAS
SBN 19856500
CHAPTER 7 TRUSTEE FOR THE ESTATE
OF GILBERT AMIS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2ND day of December, 2019, a true and correct copy of the foregoing document was served via first-class mail, postage prepaid, on the parties on the attached lists:

/s/ JOHNNY W. THOMAS

Attached Matrix

GILBERT AMIS
10406 Gazelle Clf
San Antonio, Texas 78245
Debtor(s)

U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1439

Ryan Lott
100 Congress Ave., #2000
Austin, Texas 78746

LAURA JACAMAN
**JOYCE KLEIN REALTORS**
4416 Ramsgate
San Antonio, TX 78230
Realtor

Vendor(s)

Jamerson Halpern, J.D.
4067 Sunset Lane Inc.
Pebble Beach, CA  93953

Investment Selections
Attn: Steve McKee
100 N. Central Expressway, #1112
Richardson, TX 75080-5328

Gary A. Nelson
12109 Tweed Court
Austin, TX 78727

HomeVestors
Bartelli Properties,

106 W. Nakoma
San Antonio, TX 78216

George A. Rigely
Attorney at Law
11120 Wurzbach Rd., #304
San Antonio, TX 78230

James Rusk
8419 Racine Tr.
Austin, TX 78717

Walter Parker Auctioneer, Inc.
7145 Dale Rd.
El Paso, TX 78815-2332

Catarina Petroleum, LC
P.O. Box 700728
San Antonio, TX 78270

Bill Hall Auctioneer, Inc.
P.O. Box 339
Salado, TX 76571

Donald R. Williams
P.O. Box 64120

Lubbock, TX 79464

Michael Green
2448 Sand Lake Rd.
Assoc.
Orlando, FL 32809

Louis C. Retault, Jr.
Alamo Investments, L.P.
P.O. Box 15912
San Antonio, TX 78212

John Marshall
JM Partners, LLC
12201 Gayton Rd. #200
Richmond, VA 23238-8203

A.S.K. Financial
Attn: Gregory S. Abrams
17401 Ventura Blvd. # B-21
Encino, CA 91316

Ed Baughman
Omni Partners, LLC
18 S. Windsail Pl
The Woodlands, TX 77381

Angela Goodman
Best Homes GMAC Real Estate
P.O. Box 7604471

Kelly H. Baxter
P.O. Box 1649
Austin, TX 78767

Asset Buyers, Inc,
P.O. Box 1396.
Ft. Worth, TX 76101

Tatiana Robinson
6638 Wagner Way
San Antonio, TX 78256

Howard Shelf, II
12702 Toepperwein Rd.
201-8
San Antonio, TX 78344

Renee Harris
Century 21/Smith &

1621 Pat Booker Rd.
Universal City, TX 78148

Grant S. Sisler
Belveron Real Estate
Partners, LLC
750 Battery Street, 7th
San Francisco, CA 94111

Gary A. Nelson
12109 Tweed Court
Austin, TX 78727

East Metro, Inc.
Attn: Edward Karam
8118 Datapoint
San Antonio, TX 78229

B.P. Funding and Invest.
20770 Hwy 281 #108-196
San Antonio, TX 78258

Keller Williams Realty
Attn: Fred Centeno
6803 Seco Creek #210

San Antonio, TX   78245    San Antonio, TX   78258

Armando G. Avalos
Realty, Inc.
5555 N. Carancahua St., Ste. 1540
Corpus Christi, TX   78478

Charles K. Tabet
Attorney at Law
2600 McCullough Ave.
San Antonio, TX   78212

A.L. Hernden
Attorney at Law
222 Main Plaza E.
San Antonio, TX   78205

AFC Investment Services
7815 Braun Bend
San Antonio, TX   78250

PMI Real Estate Auction
Services Division
2901 W. Sam Houston Pkwy. N.
Ste. !-130
Houston, TX   77043

LHB Ventures, LLC
710 Kipling Street, #305
Lakewood, CO   80215

Morris Spector
Spector Investments LP
128 La Manda
Expressway
P.O. Box 15273
San Antonio, TX   78212

Investment Selections
& Timing, Inc.
100 N. Central

Ste. 1112
Richardson, TX   75328

Sheldon Good & Company
7500 San Felipe, Ste. 600
Houston, TX   77063

Edward Karam
3131 N.W. Loop 410, #100
San Antonio, TX   7823

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | |
| GILBERT AMIS | ) | CASE NO. 19-51969K |
| | } | |
| | } | |
| | } | |
| DEBTOR(S) | } | CHAPTER 7 |

**UNSWORN DECLARATION OF DISINTERESTEDNESS OF
REAL ESTATE BROKER UNDER PENALTY OF PERJURY PURSUANT TO
11 U.S.C. SEC.327(A) AND BANKRUPTCY RULE 2014**

LAURA JACAMAN of JOYCE KLEIN REALTORS, submits this Unsworn Declaration of Disinterestedness of Real Estate Broker Under Penalty of Perjury Under 11 U.S.C. sec. 327(a) and Bankruptcy Rule 2014. In support thereof, LAURA JACAMAN, of JOYCE KLEIN REALTORS, would show:

1. On August 16, 2019, GILBERT AMIS (the "Debtor") filed a Voluntary Petition under Title 11 of the United States Code, 11 U.S.C. sec. 101 et seq., thereby commencing a Chapter 7 case in the United States Bankruptcy Court for the Western District of Texas.

2. Thereafter the Trustee was appointed as Interim Trustee. The Trustee has accepted that appointment and has qualified as such by having his bond accepted.

3. LAURA JACAMAN does not believe that she has an interest adverse to the Trustee prohibiting her from representing the Trustee. LAURA JACAMAN believes she is a

disinterested party and competent to represent the Trustee under Sections 101(14)(E) and 327(a) and (c) of the Bankruptcy Code.

4. The compensation to be paid to LAURA JACAMAN is set out in the Unsworn Declaration of Real Estate Broker Under Penalty of Perjury Disclosing Compensation under 11 U.S.C. section 329 and Bankruptcy Rule 2016(b), filed contemporaneously herewith.

I DECLARE UNDER THE PENALTY OF PERJURY that the foregoing is true and correct.

Dated this day of December, 2019.

/S/
LAURA JACAMAN
JOYCE KLEIN REALTORS
4416 Ramsgate
San Antonio, TX 78230
(210) 545-7788


Subscribed and sworn to before me this 1st day of December 2019 by LAURA JACAMAN.

Notary Public In and For the State of Texas



GERARDO LUIS SANCHEZ
Notary Public, State of Texas
Comm. Expires 12-14-2022
Notary ID 6719287

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: }
}
GILBERT AMIS } CASE NO. 19-51969K
}
}
}
DEBTOR(S) } CHAPTER 7

**UNSWORN DECLARATION OF REAL ESTATE BROKER
UNDER PENALTY OF PERJURY PURSUANT TO
11 U.S.C. SEC. 329 AND BANKRUPTCY RULE 2016(B)**

I certify that I am an agent for the JOYCE KLEIN REALTORS and that the compensation paid or agreed to be paid to LAURA JACAMAN for services to be rendered on behalf of the Trustee or in connection with the above-mentioned case under Title 11 of the United States Code, is as follows:

1. The Trustee has agreed to pay LAURA JACAMAN six (6%) percent of the gross sales proceeds of the Real Property.

2. The source of such compensation will be the sales proceeds of the prospective sales of property of the estate payable upon further order of this Court.

3. I have not agreed to share this compensation with any other person not otherwise disclosed in the Application.

I DECLARE UNDER THE PENALTY OF PERJURY that the foregoing is true and correct.

DATED this     day of December, 2019.

                                      /s/
                                      LAURA JACAMAN
                                      JOYCE KLEIN REALTORS
                                      4416 Ramsgate
                                      San Antonio, TX 78230
                                      (210) 545-7788

Subscribed and sworn to before me this 1st day of December 2019 by LAURA JACAMAN.

_____
Notary Public In and For the State of Texas

GERARDO LUIS SANCHEZ
Notary Public, State of Texas
Comm. Expires 12-14-2022
Notary ID 6719287